UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RONNIE EDWARD GREEN,              )
   Plaintiff,              )
          )
   v.              )
FRANK J. BISIGNANO,              )
*Commissioner of Social Security Administration*              )
   Defendant.              )
          )
          )

# JUDGMENT
Case No. 5:24-CV-395-KS

---

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the decision of the Commissioner and remands the case for further proceedings consistent with this court's order pursuant to sentence four of 42 U.S.C. § 405(g).

This judgment filed and entered on September 23, 2025, with electronic service upon:

Russell Bowling, *Counsel for Plaintiff*
Wanda Mason, *Counsel for Defendant*
Mark Dorval, *Counsel for the Defendant*
Samantha Zeiler, *Counsel for the Defendant*

          **PETER A. MOORE, JR.**
          CLERK, U.S. DISTRICT COURT

DATE: September 23, 2025    /s/ *Shelia Foell*
          (By): Shelia Foell
          Deputy Clerk, U.S. District Court