UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00395-KS

RONNIE EDWARD GREEN,

      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

-----------------------------------------------------------

Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

Before the Court is the Unopposed Motion of Plaintiff, Ronnie Edward Green, for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to his counsel,

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Seven Thousand Eighteen Dollars and Nine Cents ($7,018.09) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

This 12th day of January 2026.

                                                    KIMBERLY A. SWANK
                                                  United States Magistrate Judge