UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RONNIE EDWARD GREEN,
    Plaintiff,

v.

FRANK J. BISIGNANO,
Commissioner of Social Security,
    Defendant.

**JUDGMENT**

Case No. 5:24-CV-395-KS

**Decision by Court.**

    This action came before court for consideration of the Plaintiff's Motion for Attorney Fees [DE-22]. IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion [DE-22] is granted and Plaintiff is awarded attorney fees under 28 U.S.C. § 2412(d) in the amount of $7,018.09.

    If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), payment shall be delivered either electronically or by mail to Olinsky Law Group.

This judgment filed and entered on January 13, 2026, with *electronic service* upon the following:

**Russell Bowling**
*Counsel for Plaintiff*

**Mark Dorval**
**Samantha Zeiler**
**Wanda D. Mason**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

DATE: January 13, 2026

/s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court